AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

American Access Casualty Company,

               Plaintiff,

  v.

Wilfredo Aguayo et al.

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00064-JAD-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DECLARATORY JUDGMENT is entered in favor of Plaintiff, American Access Casualty Company, and against Defendants, Sean Rodney Orth and Wilfredo Aguayo.

11/04/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk